IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                            CASE NO. 1:06-cr-00035-MP-AK

EDWARD J HILGENDORF,

     Defendant.

_____/

## O R D E R

     This matter is before the Court on Doc. 329, Motion to Continue, filed by Defendant

Edward Hilgendorf.  Defendant's sentencing is currently scheduled for September 17, 2008.

Defendant's counsel has been subpoenaed to testify in another matter on that day and requests a

continuance.  The Government has no objection.  Upon consideration, the motion to continue at

Doc. 329 is GRANTED.  Defendant's sentencing hearing is hereby reset to Wednesday, October

1, 2008, at 10:00 a.m.

     **DONE AND ORDERED** this _8th_ day of September, 2008

*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge