IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                              CASE NO. 1:06-cr-00035-MP-AK

EDWARD J. HILGENDORF,
BETTY JO RAINS,

    Defendants.
_____/

## O R D E R

This matter is before the Court on Doc. 345, Motion to Continue Sentencing, filed by Defendant Edward J. Hilgendorf, and Doc. 346, Motion to Continue Sentencing, filed by Defendant Betty Jo Rains. Both defendants are currently scheduled to be sentenced on Thursday, November 13, 2008, and both defendants' attorneys have represented that they have calendar conflicts on that day. A telephonic hearing was held on Friday, November 7, 2008, to discuss the instant motions. At the hearing, the parties agreed to reset the sentencing hearings for both Defendants to Tuesday, December 9, 2008. There being no objection to either defendant's motion, it is hereby

**ORDERED AND ADJUDGED:**

1. The Motion to Continue Sentencing, Doc. 345, is GRANTED, and the sentencing hearing for Defendant EDWARD J. HILGENDORF is reset to Tuesday, December 9, 2008, at 2:30 p.m.

2. The Motion to Continue Sentencing, Doc. 346, is GRANTED, and the sentencing hearing for Defendant BETTY JO RAINS is reset to Tuesday, December 9, 2008, at 2:00 p.m.

**DONE AND ORDERED** this  *7th* day of November, 2008

        *s/Maurice M. Paul*
        Maurice M. Paul, Senior District Judge