IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:06-cr-00035-MP-AK

EDWARD J. HILGENDORF,

    Defendant.
_____/

## O R D E R

This matter is before the Court on Doc. 374, Motion to Continue Sentencing, filed by Defendant Edward J. Hilgendorf. Defendant's sentencing is currently scheduled for Thursday, March 19, 2009. Defendant requests a continuance of 30 days to allow his attorney more time to obtain Defendant's medical records and transcripts of plea proceedings, which are needed to prepare for Sentencing. The Government is unopposed to the motion. Upon consideration, the Court finds that the motion should be granted. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Motion to Continue Sentencing, Doc. 374, is GRANTED. The sentencing of EDWARD J. HILGENDORF is reset to Wednesday, April 22, 2009, at 10:00 a.m.

**DONE AND ORDERED** this *16th* day of March, 2009

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge