IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                      CASE NO. 1:06-cr-00035-MP-AK

EDWARD J. HILGENDORF,

    Defendant.
_____/

# **O R D E R**

This matter is before the Court on Doc. 382, Motion to Continue Sentencing, filed by the defendant, Edward J. Hilgendorf. Defendant's court appearances have been tracking those of his co-defendant and sister, Betty Jo Rains. Because the Court has continued Ms. Rains' sentencing to May 14, 2009, Defendant requests that his sentencing be moved as well. The Government is unopposed to Defendant's request. Upon consideration, the Court finds that the motion should be granted. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Motion to Continue Sentencing (Doc. 382) is GRANTED. The sentencing hearing for EDWARD J. HILGENDORF is reset to Thursday, May 14, 2009, at 11:00 a.m.

**DONE AND ORDERED** this  *16th* day of April, 2009

           *s/Maurice M. Paul*
           Maurice M. Paul, Senior District Judge